**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-7383**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CRISHONE CRYSTAL JOHNSON,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CR-96-22, CA-00-129-7)

───────────

Submitted: December 5, 2001          Decided: January 24, 2002

───────────

Before WILKINS, MOTZ, and KING, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Crishone Crystal Johnson, Appellant Pro Se. Ray B. Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Crishone Crystal Johnson seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Crishone, Nos. CA-00-129-7; CR-96-22 (W.D. Va. June 11, 2001). We also deny Johnson's motion to supplement her § 2255 motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2